Opinions of the Colorado Supreme Court are available to the
public and can be accessed through the Judicial Branch's homepage at
http://www.courts.state.co.us.  Opinions are also posted on the
Colorado Bar Association's homepage at http://www.cobar.org.

ADVANCE SHEET HEADNOTE
September 23, 2019

**2019 CO 77**

**No. 17SC339, *Al Turki v. People***

By operation of law, the decision of the court of appeals case no. 14CA245 (Colo.

App.  Apr. 6, 2017) is affirmed by an equally divided court.  *See* C.A.R. 35(b).

# The Supreme Court of the State of Colorado

2 East 14th Avenue • Denver, Colorado 80203

## 2019 CO 77

### Supreme Court Case No. 17SC339
*Certiorari to the Colorado Court of Appeals*
Court of Appeals Case No. 14CA245

### Petitioner:

Homaidan Al Turki,

v.

### Respondent:

The People of the State of Colorado.

### Affirmed by Operation of Law
*en banc*
September 23, 2019

**Attorneys for Petitioner:**
Davis Graham & Stubbs LLP
Chad D. Williams
Shannon Wells Stevenson
  *Denver, Colorado*

**Attorneys for Respondent:**
Philip J. Weiser, Attorney General
Majid Yazdi, Senior Assistant Attorney General
  *Denver, Colorado*

PER CURIAM
**JUSTICE SAMOUR** does not participate.

¶1 Chief Justice Coats, Justice Boatright, and Justice Hart are of the opinion that the judgment of the court of appeals should be affirmed; whereas Justice Márquez, Justice Hood, and Justice Gabriel are of the opinion that it should be reversed. Justice Samour does not participate.

¶2 Because the court is equally divided, the judgment of the court of appeals is affirmed by operation of law. *See* C.A.R. 35(b).